IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

JULIA TYSON,

    Plaintiff,

v.   CIVIL ACTION NO. 2:19-cv-00813
    Honorable Judge Irene C. Berger

UNION CARBIDE CORPORATION,
a subsidiary of THE DOW CHEMICAL
COMPANY, and THE DOW CHEMICAL
COMPANY,

    Defendants.

## FINAL DISMISSAL ORDER

COME NOW the parties hereto, jointly and by their respective counsel, and hereby announce to the Court that the above-styled action has been compromised, settled and agreed. Whereupon motion was made that the Court dismiss such civil action pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice to all parties.

The Court hearing no objection to the dismissal of said action, is of the opinion to and does hereby **ORDER** said civil action be dismissed **WITH PREJUDICE** to all parties. The Court does further **ORDER** that the above-styled action be stricken from the docket of this Court.

The Clerk of the Court is directed for forward certified copies of this Order to counsel of record.

ENTERED this  31st  day of  March , 2021.

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

4835-7287-0114.1

Jointly and Respectfully Submitted By:

| | |
|---|---|
| /s/Tonya P. Shuler | /s/Tammy Bowles Raines |
| Patricia M. Bello (WV Bar #11500) | Tammy Bowles Raines (WV Bar #9708) |
| Tonya P. Shuler (WV Bar #9699) | Tammy Bowles Raines Law Office, PLLC |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | 227 Capitol Street, Suite 201 |
| 707 Virginia Street, E., Suite 1400 | Charleston, WV  25301 |
| Charleston, West Virginia 25301 | (304) 395-5925 |
| (304) 553-0166 | tbraineslaw@gmail.com |
| Patricia.bello@lewisbrisbois.com | *Counsel for Plaintiff* |
| Tonya.shuler@lewisbrisbois.com | |
| *Counsel for Union Carbide Corporation* | |

s/Floyd E. Boone, Jr.
Floyd E. Boone, Jr., Esq. (WV Bar # 8784)
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
fboone@bowlesrice.com
and

Edward J. Bardelli, Esq. (*pro hac vice*)
Warner Norcross + Judd LLP
1500 Warner Building
150 Ottawa Ave., NW
Grand Rapids, MI 49503
ebardelli@wnj.com

*Counsel for The Dow Chemical Company*